# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ENRIQUEZ,<br>    Plaintiff,<br><br>    v.<br><br>MENASHA PACKAGING COMPANY, LLC, et al.,<br>    Defendants. | CV 19-8104 DSF (JPRx)<br><br>Order DENYING Motion to Remand (Dkt. No. 12) |

    Defendants removed this wage-and-hour case based on CAFA jurisdiction. Plaintiff Leonard Enriquez has moved to remand. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 18, 2019 is removed from the Court's calendar.

    Despite Plaintiff's baseless contesting of the fact, there is no question that the parties are diverse. The Court is also satisfied, based on a preponderance of the evidence, that the amount in controversy exceeds $5,000,000. The complaint does not clearly set out the number of alleged violations, so assumptions have to be made in order to decide how much is in controversy. Defendants' assumptions, while perhaps not conservative, are well within reason for this type of case.

The motion to remand is DENIED.

IT IS SO ORDERED.

Date: November 7, 2019

Dale S. Fischer
United States District Judge