1  Michael Nourmand, Esq. (SBN 198439)
   Email: mnourmand@nourmandlawfirm.com
2  James A. De Sario, Esq. (SBN 262552)
   Email: jdesario@nourmandlawfirm.com
3  **THE NOURMAND LAW FIRM, APC**
   8822 West Olympic Boulevard
4  Los Angeles, California 90211
   Telephone:    (310) 553-3600
5  Facsimile:    (310) 553-3603

6  Attorneys for Plaintiff,
   LEONARD ENRIQUEZ, on behalf of
7  Himself and all others similarly situated

8  Adrian Sawyer, Esq. (SBN 203712)
   Email: sawyer@sawyerlabar.com
9  Ivo Labar, Esq. (SBN 203492)
   Email: labar@sawyerlabar.com
10 **SAWYER & LABAR LLP**
   201 Mission Street, 22nd Floor
11 San Francisco, California 94105
   Telephone:  (415) 262-3820
12
   Attorneys for Defendants
13 MENASHA PACKAGING
   COMPANY, LLC, et al.
14

15                    UNITED STATES DISTRICT COURT
16                    CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| LEONARD ENRIQUEZ, on behalf of himself and all others similarly situated, | Case No. 2:19-cv-08104 FLA (JPRx) |
| Plaintiffs, | **RULE 41 STIPULATION FOR DISMISSAL OF ACTION** |
| v. | Complaint Filed: August 1, 2019 |
| MENASHA PACKAGING COMPANY, LLC, a Wisconsin limited liability company; and MENASHA CORPORATION, a Wisconsin corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Leonard Enriquez ("Plaintiff") and Defendants Menasha Packaging Company, LLC and Menasha Corporation ("Defendants"), by and through their respective counsel, hereby stipulate to the dismissal, without prejudice, of Plaintiff's individual and class claims asserted in the action against Defendants.

Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 25, 2021            THE NOURMAND LAW FIRM, APC

By: /s/ James A. De Sario
     James A. De Sario, Esq.

Attorneys for Plaintiff

DATED: January 25, 2021

By: /s/ Adrian Sawyer
     Adrian Sawyer, Esq.

Attorneys for Defendants

### **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I hereby attest that all signatories indicated by a conformed signature (/s/) concur in the filing's content and have authorized the filing.

/s/ James A. De Sario
James A. De Sario

|   |   |
|---|---|
| 1 | Leonard Enriquez v. Menasha Packaging Company, et al. |
| 2 | United States District Court - Central District of California<br>Court Case number: 2:19-cv-08104-DSF-JPR |

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On January 25, 2021, I served the following document(s) described as:

**RULE 41 STIPULATION FOR DISMISSAL OF ACTION**

Ivo Labar, Esq.
SAWYER & LABAR LLP
201 Mission Street, 22nd Floor
San Francisco, California 94105

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on January 25, 2021, at Beverly Hills, California.

                                           /s/ Alejandra Beltran
                                           Alejandra Beltran