JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ENRIQUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MENASHA PACKAGING COMPANY, LLC, a Wisconsin limited liability company; MENASHA CORPORATION, a Wisconsin corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 19-cv-08104-FLA (JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [DKT. 37]** |

## ORDER

The Court has reviewed the Stipulation For Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff Leonard Enriquez ("Plaintiff") and Defendants Menasha Packaging Company, LLC and Menasha Corporation ("Defendants") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal, without prejudice, of Plaintiff's individual and class allegations asserted in the action is hereby GRANTED. Each party will bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Dated: January 27, 2021  _____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1